UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FARYION EDWARD WARDRIP,   )<br>   )<br>   Petitioner,   )<br>   )<br>VS.   )<br>   )<br>RICK THALER, Director, Texas   )<br>Department of Criminal Justice,   )<br>Correctional Institutions Division,   )<br>   )<br>   Respondent.   ) | CIVIL ACTION NO.<br><br>7:01-CV-0247-G<br><br>**ECF** |

### ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Findings") and the objections of both parties to those Findings. After making an independent review of the pleadings, files and records in this case, the Findings are (except for the recommendation as to resentencing) **ADOPTED** as the findings and conclusions of the court.

   **SO ORDERED**.

April 9, 2010.

                                               _____
                                               **A. JOE FISH**
                                               **Senior United States District Judge**