IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FARYION EDWARD WARDRIP, | § | |
|     PETITIONER, | § | |
| | § | |
| V. | § | |
| | § | No. 7:01-CV-247-G-BF |
| RICK THALER, Director | § | |
| Texas Department of Criminal Justice, | § | (Death Penalty Case) |
| Correctional Institutions Division, | § | |
|     RESPONDENT. | § | |

## ORDER GRANTING EXTENSION OF TIME TO FILE REPLY

On July 5, 2011, Petitioner filed his Unopposed Motion to Extend the Time to file a Reply to Respondent's Opposition to his Motion for Hearing (doc. 127). This motion included a statement that the requested extension is not opposed.

Having reviewed the motions and pleadings on file, the Court finds that the motion for extension of time should be granted.

IT IS, THEREFORE, ORDERED that Petitioner's Unopposed Motion to Extend the Time to file a Reply to Respondent's Opposition to his Motion for Hearing (doc. 127) is GRANTED, and that the deadline for filing his reply is extended to August 1, 2011.

SIGNED July 11, 2011.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE